UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO: WA:23-CR-00277(1)-ADA |
| | § | |
| (1) TROY LIONEL LEGG | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause. On December 18, 2023 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) TROY LIONEL LEGG, which alleged that Legg violated a condition of his supervised release and recommended that Legg's supervised release be revoked (Clerk's Document No. 2). A warrant issued and Legg was arrested. On December 27, 2023, Legg appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set..

Legg appeared before the magistrate judge on January 4, 2024, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on January 4, 2024, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and the intervening conduct of Legg, the magistrate judge recommends that this court

revoke Legg supervised release and that Legg be sentenced to imprisonment for Three (3) months with credit for time served, with a term of Twenty-Four (24) months of supervised release to follow the term of imprisonment (Clerk's Document No. 13). In addition to all of the existing conditions of probation, the Defendant is **ORDERED** to attend sexual offendertreatment as the United States Probation Office deems necessary and appropriate.

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On January 4, 2024, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No. 12). The court, having reviewed the entire record and finding no plain error, accepts

and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 13 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) TROY LIONEL LEGG's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) TROY LIONEL LEGG be imprisoned for Three (3) months with credit for time served, with a term of supervised release of Twenty-Four (24) months to follow the term of imprisonment. All prior conditions of supervised release are reimposed, and in addition to all of the existing conditions of probation, the Defendant is **ORDERED** to attend sexual offender treatment as the United States Probation Office deems necessary and appropriate.

Signed this 4th day of January, 2024.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE